463 A.2d 43

Commonwealth v. Rhodes, Appellant.
Petition for Allowance of Appeal
Denied Nov. 2, 1983.

Argued March 31, 1983. Mitchell Kaufman, Assistant Public Defender, for appellant; Kenneth J. Benson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

463 A.2d 43

Commonwealth v. Richardson, Appellant.

Submitted April 19, 1983. Richard B. Moore, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.